John W. Kluksdal [ISB No. 5641]
HEPWORTH HOLZER, LLP
537 W. Bannock Street, Ste. 200
P.O. Box 2582
Boise, Idaho 83701-2582
Telephone: (208) 343-7510
Fax No. (208) 342-2927
jkluksdal@hepworthholzer.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GEORGE ASSAD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. GEOTHERMAL INC., JOHN H. WALKER, PAUL LARKIN, LELAND MINK, JAMES C. PAPPAS, RANDOLPH J. HILL, ALI HEDAYAT, and DOUGLAS J. GLASPEY,<br><br>Defendants. | Case No. 1:18-cv-00126-REB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  April 17, 2018

**HEPWORTH HOLZER, LLP**

By:  */s/John W. Kluksdal*
John W. Kluksdal
*Attorneys for Plaintiff*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL - 1

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
300 Delaware Avenue, Suite 1220
Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL - 2